B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES BARRE DIVISION**

In re **Paul Hrywnak**  Case No. **5:19-bk-04435**

Chapter **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept................................................... | **$4,000.00** |
| Prior to the filing of this statement I have received....................................... | **$2,000.00** |
| Balance Due...................................................................................... | **$2,000.00** |

2. The source of the compensation paid to me was:
   ☒ Debtor   ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☒ Debtor   ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
**Negotiations with creditors, bankruptcy litigation including but not limited to: (i)objections to discharge or exemptions; (ii) lien avoidance, (iii)adversary; (iv) amendment to schedules; (v)conversion to another chapter; (vi)application for extension of time to file schedules and/or plan. Billings will be at $300.00 per hour for Atty. Fisher. Other professionals may be billed at lower rates, currently at $135.00 per hour for paralegal. Hourly rates may change during the course of the representation. Debtor will be notified in writing of any change in billing hourly rates. Legal and other appropriate costs and expenses incurred and/or charged or incurred for like work, including but not limited to filing fees charged and paid to the clerk of court, photocopy ad fax charges, postage and overnight delivery charges, title and lien search charges. Please note the fee above is estimated and this is an hourly case subject to fee application.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **12/04/2019** | **/s/ John Fisher, Esq.** | |
|---|---|---|
| Date | *John Fisher, Esq.* | Bar No. 90550 |
| | The Law Office of John Fisher LLC | |
| | 126 South Main Street | |
| | Pittston PA 18640 | |
| | Phone: (570) 569-2154 | |

---

/s/ Paul Hrywnak
*Paul Hrywnak*