```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 19-04435-RNO
Paul Hrywnak                                                            Chapter 13
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke               Page 1 of 2            Date Rcvd: Jul 24, 2020
                              Form ID: ntpasnh              Total Noticed: 41
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2020.
```
db          +Paul Hrywnak,   14 O'Hara Road,   Moscow, PA 18444-6351
cr           Bureau of Compliance Commonwealth of Pennsylvania,,   PO Box 280948,
             Harrisburg, PA 17128-0938
5258277     +Brigid E. Carey, Esquire,    429 S. Main Street, Suite 6,   Old Forge, PA 18518-1684
5258280     +Credit First N.A.,   PO Box 81315,   Cleveland OH 44181-0315
5258282     +Edward R. Davailus,   56 Prince Edward Dr.,   Covington Township, PA 18424-7874
5258283     +Geisinger,   100 North Academy Ave,   Danville PA 17822-0001
5258284     +Godino's W. Mt. Stone Quarry,    703 Newton Road,   Scranton, PA 18504-1017
5258287     +James C. Warmbrodt, Esquire,    KML Law Group, PC,   701 Market Street, Suite 5000,
             Philadelphia, PA 19106-1541
5258288     +Jeffrey W. Nepa, Esquire,    41 N Main Street, Suite 400,   Carbondale, PA 18407-2346
5258289     +Joseph Cichocki,   134 Everhart Street,   Dupont, PA 18641-2106
5258290     +Joseph E. Mariotti, Esquire,    730 Main Street,   Moosic, PA 18507-1024
5258291     +KAB Construction, Inc.,   14 O'Hara Road,   Moscow, PA 18444-6351
5258292     +Kathy Dellangelo,   485 Dolored Drive,   Collegeville, PA 19426-1121
5258293     +Kost Tire,   1031 ONeil Highway,   Dunmore, PA 18512-1703
5258294     +Kurlancheek Furniture,   145 Welles St.,   Forty Fort, PA 18704-4933
5258295     +Landmark Community Bank,   2 S Main Street,   Pittston PA 18640-1712
5258297     +Mariotti Building Products, Inc.,    One Lewis Industrial Drive,   Old Forge, PA 18518-2058
5258298     +Michael & Diane Mey,   318 Penn Avenue, 2nd Floor,   Scranton, PA 18503-1950
5258299     +Midnight Reality, LLC,   14 O'Hara Road,   Spring Brook Twp, PA 18444-6351
5258300     +Modern Gas Sales Inc.,   PO Box 1,   Avoca, PA 18661-0001
5258303      PPL,   827 Hausman Road,   Allentown PA 18104-9392
5258305     +Robert Essling,   408 Marion Street,   Clarks Summit, PA 18411-1808
5258306     +Ronald A. Pickenheim,   336 State Route 690,   Springbrook Township, PA 18444-6507
5258307     +Santarelli & Sons Oil Co.,    443 N. Main Street,   Peckville, PA 18452-2409
5258308     +Scranton Craftsmen,   930 Dunmore Street,   Throop, PA 18512-1114
5258285    ++THERESA GURNARI,   GODINO S WEST MOUNTAIN STONE QUARRY,   703 NEWTON RD,
             SCRANTON PA 18504-1017
            (address filed with court: Godino's West Mountain Stone Quarry,   840 Newton Road,
             Scranton, PA 18504)
5258310     +United Check Cashing,   741 Oak Street,   Scranton, PA 18508-1556
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5258276     +E-mail/Text: g20956@att.com Jul 24 2020 19:37:07    AT&T Mobility II LLC,   Karen A. Cavagnaro,
             One AT&T Way, Suite 3A104,   Bedminster, NJ 07921-2693
5258274     +E-mail/Text: mnapoletano@ars-llc.biz Jul 24 2020 19:37:08    Ability Recovery Services,
             PO Box 4031,   Wyoming PA 18644-0031
5258278     +E-mail/Text: bnc-capio@quantum3group.com Jul 24 2020 19:37:02    Capio Partners LLC,
             2222 Texoma Pkwy,   Suite 150,   Sherman TX 75090-2481
5258279     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 24 2020 19:44:40    Capital One,
             PO Box 30285,   Salt Lake City UT 84130-0285
5258281     +E-mail/PDF: creditonebknotifications@resurgent.com Jul 24 2020 19:44:41    Credit One Bank,
             PO Box 98873,   Las Vegas NV 89193-8873
5284778     +E-mail/Text: jennifer.chacon@spservicing.com Jul 24 2020 19:37:10
             Deutsche Bank National Trust et al.,   c/o Select Portfolio Servicing,   P.O. Box 65250,
             Salt Lake City, UT 84165-0250
5258286      E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 24 2020 19:36:59    Internal Revenue Service,
             Centralized Insolvency Operation,   PO Box 7346,   Philadelphia PA 19101-7346
5258296      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 24 2020 19:44:41    LVNV Funding,
             c/o Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
5262484      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 24 2020 19:44:58    LVNV Funding, LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
5258302     +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 24 2020 19:37:02    Pennsylvania Dep't of Revenue,
             PO Box 280946,   Attn: Bankruptcy Division,   Harrisburg PA 17128-0946
5279987      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 24 2020 19:37:02
             Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
             Harrisburg, PA 17128-0946
5258304     +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 24 2020 19:44:41
             Resurgent Capital Services,   PO Box 10465,   55 Beatie Placesuite 110,
             Greenville, SC 29601-5115
5258309      E-mail/Text: jennifer.chacon@spservicing.com Jul 24 2020 19:37:10
             Select Portfolio Servicing,   PO Box 65250,   Salt Lake City, UT 84165-0250
5258311      E-mail/Text: bankruptcy@uscbcorporation.com Jul 24 2020 19:36:55    USCB Corporation,
             101 Harrison St,   Archbald PA 18403
                                                                                              TOTAL: 14
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5258275      Arla Johnson, POA for Jane S. Johnson,    for the Johnson Family Trust,   R.R. 3, Rt 106,
             9985 Northside Road
```

```
District/off: 0314-5           User: AutoDocke           Page 2 of 2           Date Rcvd: Jul 24, 2020
                               Form ID: ntpasnh          Total Noticed: 41
```

5258301        ##+Penn Credit Corporation,    916 S 14th Street,    Harrisburg PA 17104-3425
5258312        ##+Zucker, Goldberg, & Ackerman,    200 Sheffield Street, Suite 101,    Mountainside, NJ 07092-2315
                                                                                            TOTALS: 1, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              J. Zac Christman    on behalf of Debtor 1 Paul  Hrywnak zac@fisherchristman.com,
               office@fisherchristman.com
              James  Warmbrodt    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, Et
               Al... bkgroup@kmllawgroup.com
              John  Fisher    on behalf of Debtor 1 Paul  Hrywnak johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              Melissa L. Van Eck    on behalf of Creditor Bureau of Compliance  Commonwealth of Pennsylvania,
               Department of Revenue mvaneck@attorneygeneral.gov,  ARC-CourtMiddleDistrict@attorneygeneral.gov
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                  TOTAL: 6

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

Paul Hrywnak
aka Paul Hrywnak Jr.

**Debtor 1**

Chapter: 13

Case number: 5:19−bk−04435−RNO

Document Number: 52

Matter: Motion for Mortgage Modification

Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005−WL2, Asset−Backed Certificates, Series 2005−WL2
**Movant(s)**

vs.

Paul Hrywnak aka Paul Hrywnak, Jr.
and
Charles J. DeHart, III Esq.
**Respondent(s)**

## Notice

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002−1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **August 14, 2020**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 24, 2020 |

ntpasnh(05/18)