```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                      Case No. 19-04435-RNO
Paul Hrywnak                                                Chapter 13
       Debtor
                            CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke              Page 1 of 2              Date Rcvd: Sep 03, 2020
                              Form ID: ordsmiss            Total Noticed: 41
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2020.
```
db              +Paul Hrywnak,    14 O'Hara Road,    Moscow, PA 18444-6351
cr               Bureau of Compliance Commonwealth of Pennsylvania,,    PO Box 280948,
                   Harrisburg, PA 17128-0938
5258277         +Brigid E. Carey, Esquire,    429 S. Main Street, Suite 6,    Old Forge, PA 18518-1684
5258282         +Edward R. Davailus,    56 Prince Edward Dr.,    Covington Township, PA 18424-7874
5258283         +Geisinger,    100 North Academy Ave,    Danville PA 17822-0001
5258284         +Godino's W. Mt. Stone Quarry,    703 Newton Road,    Scranton, PA 18504-1017
5258287         +James C. Warmbrodt, Esquire,    KML Law Group, PC,    701 Market Street, Suite 5000,
                   Philadelphia, PA 19106-1541
5258288         +Jeffrey W. Nepa, Esquire,    41 N Main Street, Suite 400,    Carbondale, PA 18407-2346
5258289         +Joseph Cichocki,    134 Everhart Street,    Dupont, PA 18641-2106
5258290         +Joseph E. Mariotti, Esquire,    730 Main Street,    Moosic, PA 18507-1024
5258291         +KAB Construction, Inc.,    14 O'Hara Road,    Moscow, PA 18444-6351
5258292         +Kathy Dellangelo,    485 Dolored Drive,    Collegeville, PA 19426-1121
5258293         +Kost Tire,    1031 ONeil Highway,    Dunmore, PA 18512-1703
5258294         +Kurlancheek Furniture,    145 Welles St.,    Forty Fort, PA 18704-4933
5258295         +Landmark Community Bank,    2 S Main Street,    Pittston PA 18640-1712
5258297         +Mariotti Building Products, Inc.,    One Lewis Industrial Drive,    Old Forge, PA 18518-2058
5258298         +Michael & Diane Mey,    318 Penn Avenue, 2nd Floor,    Scranton, PA 18503-1950
5258299         +Midnight Reality, LLC,    14 O'Hara Road,    Spring Brook Twp, PA 18444-6351
5258300         +Modern Gas Sales Inc.,    PO Box 1,    Avoca, PA 18661-0001
5258303          PPL,    827 Hausman Road,    Allentown PA 18104-9392
5258305         +Robert Essling,    408 Marion Street,    Clarks Summit, PA 18411-1808
5258306         +Ronald A. Pickenheim,    336 State Route 690,    Springbrook Township, PA 18444-6507
5258307         +Santarelli & Sons Oil Co.,    443 N. Main Street,    Peckville, PA 18452-2409
5258308         +Scranton Craftsmen,    930 Dunmore Street,    Throop, PA 18512-1114
5258285        ++THERESA GURNARI,    GODINO S WEST MOUNTAIN STONE QUARRY,    703 NEWTON RD,
                   SCRANTON PA 18504-1017
                 (address filed with court: Godino's West Mountain Stone Quarry,    840 Newton Road,
                   Scranton, PA 18504)
5258310         +United Check Cashing,    741 Oak Street,    Scranton, PA 18508-1556
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5258276         +EDI: CINGMIDLAND.COM Sep 03 2020 23:28:00      AT&T Mobility II LLC,    Karen A. Cavagnaro,
                   One AT&T Way, Suite 3A104,    Bedminster, NJ 07921-2693
5258274         +E-mail/Text: mnapoletano@ars-llc.biz Sep 03 2020 19:29:49      Ability Recovery Services,
                   PO Box 4031,    Wyoming PA 18644-0031
5258278         +EDI: CAPIO.COM Sep 03 2020 23:28:00      Capio Partners LLC,    2222 Texoma Pkwy,    Suite 150,
                   Sherman TX 75090-2481
5258279         +EDI: CAPITALONE.COM Sep 03 2020 23:28:00      Capital One,    PO Box 30285,
                   Salt Lake City UT 84130-0285
5258280         +EDI: CRFRSTNA.COM Sep 03 2020 23:28:00      Credit First N.A.,    PO Box 81315,
                   Cleveland OH 44181-0315
5258281         +E-mail/PDF: creditonebknotifications@resurgent.com Sep 03 2020 19:41:46      Credit One Bank,
                   PO Box 98873,    Las Vegas NV 89193-8873
5284778         +E-mail/Text: jennifer.chacon@spservicing.com Sep 03 2020 19:29:52
                   Deutsche Bank National Trust et al.,    c/o Select Portfolio Servicing,    P.O. Box 65250,
                   Salt Lake City, UT 84165-0250
5258286          EDI: IRS.COM Sep 03 2020 23:28:00      Internal Revenue Service,
                   Centralized Insolvency Operation,    PO Box 7346,    Philadlphia PA 19101-7346
5258296          E-mail/PDF: resurgentbknotifications@resurgent.com Sep 03 2020 19:41:14      LVNV Funding,
                   c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5262484          E-mail/PDF: resurgentbknotifications@resurgent.com Sep 03 2020 19:41:30      LVNV Funding, LLC,
                   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5258302         +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 03 2020 19:29:40      Pennsylvania Dep't of Revenue,
                   PO Box 280946,    Attn: Bankruptcy Division,    Harrisburg PA 17128-0946
5279987          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 03 2020 19:29:41
                   Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                   Harrisburg, PA 17128-0946
5258304         +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 03 2020 19:41:30
                   Resurgent Capital Services,    PO Box 10465,    55 Beatie Placesuite 110,
                   Greenville, SC 29601-5115
5258309          E-mail/Text: jennifer.chacon@spservicing.com Sep 03 2020 19:29:52
                   Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
5258311          E-mail/Text: bankruptcy@uscbcorporation.com Sep 03 2020 19:29:26      USCB Corporation,
                   101 Harrison St,    Archbald PA 18403
                                                                                              TOTAL: 15
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5258275         Arla Johnson, POA for Jane S. Johnson,    for the Johnson Family Trust,    R.R. 3, Rt 106,
                   9985 Northside Road
```

```
District/off: 0314-5           User: AutoDocke            Page 2 of 2               Date Rcvd: Sep 03, 2020
                               Form ID: ordsmiss          Total Noticed: 41
5258301         ##+Penn Credit Corporation,     916 S 14th Street,    Harrisburg PA 17104-3425
5258312         ##+Zucker, Goldberg, & Ackerman,     200 Sheffield Street, Suite 101,     Mountainside, NJ 07092-2315
                                                                                      TOTALS: 1, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              J. Zac Christman    on behalf of Debtor 1 Paul  Hrywnak zac@fisherchristman.com,
               office@fisherchristman.com
              James  Warmbrodt    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, Et
               Al... bkgroup@kmllawgroup.com
              John  Fisher    on behalf of Debtor 1 Paul  Hrywnak johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              Melissa L. Van Eck    on behalf of Creditor Bureau of Compliance  Commonwealth of Pennsylvania,
               Department of Revenue mvaneck@attorneygeneral.gov,  ARC-CourtMiddleDistrict@attorneygeneral.gov
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Paul Hrywnak, aka Paul Hrywnak Jr., | Chapter 13 |
| **Debtor 1** | Case No. 5:19–bk–04435–RNO |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: September 3, 2020

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: PamelaRadginski, Deputy Clerk

ordsmiss (05/18)